THEATRES SERVICE CO. *v.* UNITED
STATES ET AL.

No. 1267.   Decided May 27, 1968.

*David A. Sutherlund* and *Guy H. Postell* for appellant.

*Solicitor General Griswold, Assistant Attorney General
Turner,* and *Robert W. Ginnane* for the United States
et al., and *Paul M. Daniell* and *Bill R. Davis* for Dance
Freight Lines, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

NATIONAL BUS TRAFFIC ASSN., INC., ET AL. *v.*
UNITED STATES ET AL.

No. 1312.   Decided May 27, 1968.

*Robert J. Bernard, Warren A. Goff, Drew L. Carraway,
John S. Fessenden,* and *Richard R. Sigmon* for appellants.

*Solicitor General Griswold, Assistant Attorney General
Turner, Howard E. Shapiro,* and *Robert W. Ginnane* for
the United States et al., and *T. S. Christopher* for Rosen-
baum, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.